PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ INFORMATION  ☒ INDICTMENT

**CASE NO.** 09-046

**Matter Sealed:** ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☒ Superseding Indictment  ☐ Defendant Added  ☐ Charges/Counts Added Information

**USA vs.**
**Defendant:** Kenwuane Moore a/k/a "Runaway", a/k/a "Run"

**Name of District Court, and/or Judge/Magistrate Location (City)**
UNITED STATES DISTRICT COURT
DISTRICT OF LOUISIANA
EASTERN Divisional Office

**Address:** C/O US MARSHALS

**Name and Office of Person Furnishing Information on THIS FORM:** Racheal Mezzic
☒ U.S. Atty  ☐ Other U.S. Agency
**Phone No.** (504) 680-3000

**Name of Asst. U.S. Attorney (if assigned):** Brian J. Capitelli

☐ Interpreter Required   Dialect: _____

**Birth Date:** 1984
☒ Male  ☐ Female  ☐ Alien (if applicable)

**Social Security Number:** xxx-xx-9474

### PROCEEDING

**Name of Complainant Agency, or Person (& Title, if any):** Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. Atty ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

**Place of offense:** Orleans Parish  County

### DEFENDANT

**Issue:** ☐ Warrant  ☐ Summons

**Location Status:**
Arrest Date _____ or Date Transferred to Federal Custody _____

☒ Currently in Federal Custody
☐ Currently in State Custody  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

**Defense Counsel (if any):** Jason Rogers Williams
☐ FPD  ☒ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

**Total # of Counts** 1  (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 21:841(a)(1), 841(b)(1)(A), 841(b)(1)(B), 841(b)(1)(C) | Poss. w/ intent to dist. "crack", heroin, marijuana | 1, 4, 5, 7, 8, |
| 4 | 18:924(o) | Poss. w/ intent to dist. "crack" and poss. a firearm | 2 |
| 4 | 21:841(a)(1) and 846 | Consp. & Poss. w/intent to dist. "crack", heroin, marijuana | 3 |
| 4 | 924(c) | Poss. w/ intent to dist. "crack" and heroin | 5 |
| 4 | 18:922(g)(1) | Felon in possession of a firearm | 6 |

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION  ☑ INDICTMENT

CASE NO. 09-046

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☑ Superseding Indictment  ☐ Defendant Added
☐ Superseding Information  ☐ Charges/Counts Added

USA vs.
Defendant: LOUIS DUPLESIS

Address: C/O US MARSHALS

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT
DISTRICT OF LOUISIANA
EASTERN Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: Racheal Mezzic
☒ U.S. Atty  ☐ Other U.S. Agency
Phone No. (504) 680-3000

Name of Asst. U.S. Attorney (if assigned): Brian J. Capitelli

☐ Interpreter Required   Dialect: ____

Birth Date: 1989
☑ Male  ☐ Female  ☐ Alien (if applicable)

Social Security Number: xxx-xx-3898

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense: Orleans Parish  County

### DEFENDANT

Issue: ☐ Warrant  ☐ Summons

Location Status:
Arrest Date ____ or Date Transferred to Federal Custody ____

☑ Currently in Federal Custody
☐ Currently in State Custody  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): James J. O'Conner
☐ FPD  ☑ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 1  (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 21:841(a)(1), 841(b)(1)(A), 841(b)(1)(B), 841(b)(1)(C) | Poss. w/ intent to dist. "crack", heroin, marijuana | 1, 4, 5, |
| 4 | 18:924(o) | Poss. w/ intent to dist. "crack" and poss. a firearm | 2 |
| 4 | 924(c) | Poss. w/ intent to dist. "crack" and heroin | 5 |

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION  ☑ INDICTMENT

**Matter Sealed:** ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☑ Superseding Indictment  ☐ Defendant Added  ☐ Charges/Counts Added
☐ Information

**Name of District Court, and/or Judge/Magistrate Location (City)**
UNITED STATES DISTRICT COURT
DISTRICT OF LOUISIANA — EASTERN
Divisional Office

**Name and Office of Person Furnishing Information on THIS FORM:** Racheal Mezzic
☒ U.S. Atty  ☐ Other U.S. Agency
Phone No. (504) 680-3000

**Name of Asst. U.S. Attorney (if assigned):** Brian J. Capitelli

**CASE NO.** 09-046

**USA vs.**
**Defendant:** Treg Eugene a/k/a "4'11""
**Address:** Orleans Parish Prison
2800 Gravier Street
New Orleans, LA 70119

☐ Interpreter Required   Dialect: _____

**Birth Date:** 1986   ☑ Male  ☐ Female   ☐ Alien (if applicable)

**Social Security Number:** xxx-xx-9883

### PROCEEDING

**Name of Complainant Agency, or Person (& Title, if any):** Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

**Place of offense:** Orleans Parish   County

### DEFENDANT

**Issue:** ☑ Warrant  ☐ Summons

**Location Status:**
Arrest Date _____ or Date Transferred to Federal Custody _____
☐ Currently in Federal Custody
☑ Currently in State Custody
  ☑ Writ Required
☐ Currently on bond
☐ Fugitive

**Defense Counsel (if any):** _____
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

**Total # of Counts:** 1 (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 21:841(a)(1), 841(b)(1)(A), 841(b)(1)(B), 841(b)(1)(C) | Poss. w/ intent to dist. "crack", heroin, marijuana | 1, 4, 5, 7, 9, 11 |
| 4 | 18:924(o) | Poss. w/ intent to dist. "crack" and poss. a firearm | 2 |
| 4 | 924(c) | Poss. w/ intent to dist. "crack" and heroin | 5 |
| 4 | 21:843(b) | Poss. w/intent to dist. "crack" and heroin | 9, 11 |

PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ INFORMATION  ☑ INDICTMENT

CASE NO. 09-046

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☑ Superseding Indictment  ☐ Defendant Added  ☐ Charges/Counts Added  ☐ Information

USA vs.
Defendant: Ronnell Jackson a/k/a Nell, Slick Rick, One Eye

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT
DISTRICT OF LOUISIANA    EASTERN Divisional Office

Address: Orleans Parish Prison
2800 Gravier St.
New Orleans, LA 70119

Name and Office of Person Furnishing Information on THIS FORM: Racheal Mezzic
☒ U.S. Atty  ☐ Other U.S. Agency
Phone No. (504) 680-3000

Name of Asst. U.S. Attorney (if assigned): Brian J. Capitelli

☐ Interpreter Required  Dialect: _____

Birth Date: 1986
☑ Male  ☐ Female
☐ Alien (if applicable)

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

Social Security Number: xxx-xx-8319

☐ person is awaiting trial in another Federal or State Court (give name of court)

**DEFENDANT**

Issue: ☑ Warrant  ☐ Summons

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____
☐ Currently in Federal Custody
☑ Currently in State Custody
  ☑ Writ Required
☐ Currently on bond
☐ Fugitive

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

MAG. JUDGE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

Defense Counsel (if any): _____
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

Place of offense: Orleans Parish  County

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts: 1 (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section / (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 21:841(a)(1), 841(b)(1)(A), 841(b)(1)(B), 841(b)(1)(C) | Poss. w/ intent to dist. "crack", heroin, marijuana | 1, 4, 5, 7, |
| 4 | 18:924(o) | Poss. w/ intent to dist. "crack" and poss. a firearm | 2 |
| 4 | 924(c) | Poss. w/ intent to dist. "crack" and heroin | 5 |

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION  ☑ INDICTMENT

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☑ Superseding  ☐ Defendant Added
☐ Superseding Indictment  ☐ Charges/Counts Added
☐ Superseding Information

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT
DISTRICT OF LOUISIANA — EASTERN Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: Racheal Mezzic
[X] U.S. Atty  ☐ Other U.S. Agency
Phone No. (504) 680-3000

Name of Asst. U.S. Attorney (if assigned): Brian J. Capitelli

CASE NO. 09-046

USA vs.
Defendant: Markell Leblanc a/k/a "Sharkey", a/k/a "Kell"

Address: C/O US MARSHALS

☐ Interpreter Required  Dialect: _____

Birth Date: 1984
☑ Male  ☐ Female  ☐ Alien (if applicable)

Social Security Number: xxx-xx-2356

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Atty  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense: Orleans Parish   County

### DEFENDANT

Issue: ☐ Warrant  ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☑ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 1   (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 21:841(a)(1), 841(b)(1)(A), 841(b)(1)(B), 841(b)(1)(C) | Poss. w/ intent to dist. "crack", heroin, marijuana | 1, 4, 5, 8, |
| 4 | 18:924(o) | Poss. w/ intent to dist. "crack" and poss. a firearm | 2 |
| 4 | 924(c) | Poss. w/ intent to dist. "crack" and heroin | 5 |

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION  ☑ INDICTMENT

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☑ Superseding  ☐ Defendant Added
☐ Superseding Indictment  ☐ Charges/Counts Added
☐ Superseding Information

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT
DISTRICT OF LOUISIANA  EASTERN Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: Racheal Mezzic
☒ U.S. Atty  ☐ Other U.S. Agency
Phone No. (504) 680-3000

Name of Asst. U.S. Attorney (if assigned): Brian J. Capitelli

CASE NO. 09-046
USA vs.
Defendant: David Reeder a/k/a "Seaweed"
Address: 2800 Gravier Street
New Orleans, LA 70119

☐ Interpreter Required  Dialect: _____

Birth Date: 1984  ☑ Male ☐ Female  ☐ Alien (if applicable)

Social Security Number: xxx-xx-0352

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense: Orleans Parish  County

### DEFENDANT

Issue: ☑ Warrant  ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☑ Currently in State Custody
  ☑ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts 1  (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 21:841(a)(1), 841(b)(1)(A), 841(b)(1)(B), 841(b)(1)(C) | Poss. w/ intent to dist. "crack", heroin, marijuana | 1, 4, 5, 9, |
| 4 | 18:924(o) | Poss wi intent to dist. "crack" and poss. a firearm | 2 |

PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ INFORMATION  ☑ INDICTMENT

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☑ Superseding  ☐ Defendant Added
☐ Indictment  ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT  EASTERN
DISTRICT OF LOUISIANA  Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: Racheal Mezzic
☒ U.S. Atty  ☐ Other U.S. Agency
Phone No. (504) 680-3000

Name of Asst. U.S. Attorney (if assigned): Brian J. Capitelli

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense: Orleans Parish  County

CASE NO. 09-046

USA vs.
Defendant: ASHLEY BROOKS

Address: C/O US MARSHALS

☐ Interpreter Required  Dialect: _____

Birth Date: 1985
☐ Male  ☑ Female  ☐ Alien (if applicable)

Social Security Number: xxx-xx-4809

**DEFENDANT**

Issue: ☐ Warrant  ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☑ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): Gary V. Schwabe
☑ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts 1  (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 21:841(a)(1), 841(b)(1)(A), 841(b)(1)(B), 841(b)(1)(C) | Poss. w/ intent to dist. "crack", heroin, marijuana | 1, 7, 10, 12 |
| 4 | 18:924(o) | Poss. w/ intent to dist. "crack" and poss. a firearm | 2 |
| 4 | 21:843(b) | Poss. w/intent to dist. "crack" and heroin | 12 |

PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ INFORMATION  ☑ INDICTMENT

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☑ Superseding  ☐ Defendant Added
                        ☐ Indictment   ☐ Charges/Counts Added
                        ☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT    EASTERN
DISTRICT OF LOUISIANA           Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: Racheal Mezzic
☒ U.S. Atty  ☐ Other U.S. Agency
Phone No. (504) 680-3000

Name of Asst. U.S. Attorney (if assigned): Brian J. Capitelli

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense: Orleans Parish   County

CASE NO. 09-046

USA vs.
Defendant: STILA BROOKS

Address: C/O US MARSHALS

☐ Interpreter Required   Dialect: _____

Birth Date: 1959
☐ Male  ☑ Female  ☐ Alien (if applicable)

Social Security Number: XXX-XX-6344

**DEFENDANT**

Issue: ☐ Warrant  ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☑ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): Michael Paul Ciaccio
☐ FPD  ☑ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts: 1 (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 21:841(a)(1), 841(b)(1)(A), 841(b)(1)(B), 841(b)(1)(C) | Poss. w/ intent to dist. "crack", heroin, marijuana | 1, 11, 12 |
| 4 | 21:843(b) | Poss. w/intent to dist. "crack" and heroin | 12 |



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 APR 16 PM 3:08

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GRAND JURY RETURN
DATE: April 16, 2009
SECTION: MAGISTRATE JUDGE Louis Moore, Jr.

ASSIGNED CRIMINAL NO.: 09-046
ASSIGNED SECTION:            F

UNITED STATES OF AMERICA
VERSUS

KENWUANE MOORE, LOUIS DUPLESIS, TREG EUGENE, RONNELL JACKSON, MARKELL LEBLANC, DAVID REEDER, ASHLEY N. BROOKS AND STILA BROOKS

    Brian Capitelli   , Assistant United States Attorney

On the motion of the Assistant U.S. Attorney, Spiro Latsis   LET THE SUPERSEDING INDICTMENT, NO. 09-046  , FOLLOW THE ALLOTMENT OF THE FORMER INDICTMENT, WHICH WAS ALLOTTED TO SECTION F .

IT IS ORDERED that:
    Bond be set at $_____
The Bond previously set is approved.

Summons issue for_____

CAPIAS issue for Treg Eugene a/k/a "4'11", Ronnell Jackson a/k/a "Nell", a/k/a "Slick Rick", a/k/a "One-Eye", David Reeder a/k/a "Seaweed"

No Action Necessary except NOTICE   Kenwaune Moore a/k/a "Runaway", a/k/a "Run", Louis Duplesis, Markell LeBlanc, Ashley N. Brooks and Stila Brooks

Arraignment is set for **Tuesday, April 28, 2009, at 2:00 p.m. Before Magistrate Judge Louis Moore, Jr., 500 POYDRAS ST., HALE BOGGS BLDG., N.O., LA 70130**

___ Fee_____
___ Process _Cap (3)capis_
X  Dktd_____
___ CtRmDep_____
___ Doc. No._____